```
        IN THE UNITED STATES DISTRICT COURT
         FOR THE SOUTHERN DISTRICT OF ALABAMA
                  SOUTHERN DIVISION
```

| | |
|---|---|
| **BONITA L. DORTCH,** | * |
| Plaintiff, | * |
| vs. | * Civil Action 07-00082-KD-B |
| **MICHAEL J. ASTRUE,**<br>**Commissioner of**<br>**Social Security,** | * |
| Defendant. | * |

### ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge made pursuant to 28 U.S.C. § 636(b)(1)(B) and dated November 29, 2007 is hereby **ADOPTED** as the opinion of this Court.

Accordingly, for good cause shown, it is **ORDERED** that Defendant's unopposed Motion and Memorandum for Entry of Judgment Pursuant to Sentence Four of 42 U.S.C. § 405(g) with Remand of the Cause to the Defendant (Doc. 14) be and hereby is **GRANTED,** and that this action is **REMANDED** to the Social Security Administration pursuant to sentence four of 42 U.S.C. § 405(g) with these instructions:

> The Appeals Council "will remand this case to an Administrative Law Judge (ALJ), who will be directed to update Plaintiff's medical record, obtain a mental status consultative examination with psychological testing, and determine whether additional evidence is needed from a

medical expert." (Id. at 1-2). The ALJ will "give further consideration to whether there has been medical improvement in Plaintiff's condition and, if any, will articulate the evidence supporting his conclusion." (Id. at 1-2).

This remand, pursuant to sentence four of Section 405(g), makes Plaintiff a prevailing party for purposes of the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412. Shalala v. Schaefer, 509 U.S. 292 (1993).

**DONE** this **21ˢᵗ** day of **December 2007.**

                                              **s/ Kristi K. DuBose**
                                              **KRISTI K. DuBOSE**
                                              **UNITED STATES DISTRICT JUDGE**