IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| BONITA L. DORTCH, | * |
| Plaintiff, | * |
| vs. | *   Civil Action 07-00082-KD-B |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | * |
| | * |
| Defendant. | |

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge made pursuant to 28 U.S.C. § 636(b)(1)(B) and dated March 12, 2008 is hereby **ADOPTED** as the opinion of this Court.

It is **ORDERED** that Plaintiff's Motion for Award of Attorney's Fees Pursuant to the Equal Access to Justice Act be and is hereby **GRANTED** and that Plaintiff's counsel be and is hereby **AWARDED** an EAJA fee in the amount of **$ 1,341.98**.

**DONE** this 14th day of April, 2008.

s/ Kristi K. DuBose
**KRISTI K. DuBOSE**
**UNITED STATES DISTRICT JUDGE**